IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL SCHILLINGER,

    Plaintiff,

v.

C.O. KILEY, C.O. STARKEY, JOHN DOE,
SECURITY DIRECTOR KARTMAN
and GARY BOUGHTON,

    Defendants.

ORDER

Case No.  16-cv-529-wmc

Plaintiff Daniel Schillinger has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than August 18, 2016. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Daniel Schillinger may have until August 18, 2016 to submit a trust fund account statement for the period beginning approximately January 21, 2016 and ending approximately July 21, 2016. If, by August 18, 2016, plaintiff fails to

respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 27th day of July, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge