# State of Wisconsin
**Department of Corrections**
# INMATE COMPLAINT HISTORY REPORT
by Date Received

Inmate: 135201 - SCHILLINGER, DANIEL A.

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 12/18/2009 | DCI-2009-27913 | 7 - Personal Property | Inmate complains he went OCO for Court on 12/14/09 and returned "Weds, the 15th". He alleges his Court papers that he had with him while OCO were not in Intake and he was told he has nothing in Intake. |
| 01/19/2010 | DCI-2010-1417 | 12 - Other | Inmate complains about another inmate worker in the pulper room in which he alleges this worker is lazy and does not do anything. |
| 03/25/2011 | DCI-2011-5958 | 10 - Work & School Programs | Inmate complains about a minor work related Conduct Report #2120698 he received 15 days Building Confinement on. He allege he was moved from his Dining Room Pay Range 3 job as a lineback to the tray return and was them placed in the Dining Room Table Tray relief as a Pay Range 1. He alleges this was a minor ticket and he wants his job back. |
| 03/23/2012 | DCI-2012-6179 | 17 - Inmate Accounts | Inmate complains he was charged for a canteen order, but never received the order. |
| 03/28/2012 | DCI-2012-6502 | 10 - Work & School Programs | Inmate complains he receievd a score of 25 on his Work Evaluation yet it stated "W Inadequate Work Performance 1/20/12". He would like this removed as it is affecting him getting another job when 25 is not inadequate work performance. |
| 12/05/2012 | DCI-2012-25127 | 1 - Staff | Inmate complains that an officer spoke to him unprofessionally. |
| 02/11/2013 | DCI-2013-2824 | 4 - Medical | (HSU) Inmate complains he requested to be seen by HSU for a cough, sore throat, running nose and headache. He indicates there is a Memo on the unit that indicates inmate will not be charged for appointments with these type symptoms as of February 2013. However, he complains he was charged by RN Degner and would like his money returned. |
| 01/21/2014 | DCI-2014-1342 | 4 - Medical | (HSU) Inmate complains about an HSU Copayment he was charged on 1/4/14 for an asthma attack in his cell and requests a reimbursement as he never had to pay to have the nurse come before. |
| 07/07/2014 | DCI-2014-13035 | 7 - Personal Property | Inmate complains his property was packed up on Unit 6 and he was placed in TLU. He alleges when he arrived on Unit 3 his lamp was broken inside below the bulb and he would like this replaced. |
| 07/23/2014 | DCI-2014-14349 | 7 - Personal Property | Inmate complains on 6/9/14 he went to TLU and left an ineffective counsel book as some papers in his cell that were never returned. |
| 09/28/2015 | WSPF-2015-18033 | 1 - Staff | States it took too long for staff to respond when he was assaulted |
| 01/24/2017 | RCI-2017-2875 | 17 - Inmate Accounts | States they are taking money out of his account for court costs that he already paid. |
| 03/03/2017 | RCI-2017-6596 | 7 - Personal Property | States his surge power strip is missing since he switched cell's. |

# State of Wisconsin
**Department of Corrections**
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
**Inmate: 135201 - SCHILLINGER, DANIEL A.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 06/06/2017 | RCI-2017-14579 | 10 - Work & School Programs | States he was hired at a full time 3-rate and he was only paid for part time 2-rate. |

*\*\*\* End of Report \*\*\**