| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS** | **WISCONSIN** |
| Department of Adult Institutions | Administrative Code |
| DOC-410 (Rev. 12/03) | Chapter DOC 310 |

# ICE RECEIPT
# COMPLAINT NUMBER WSPF-2015-18033
# * * * ICRS CONFIDENTIAL * * *

**To:** SCHILLINGER, DANIEL A. - #135201
UNIT: WSWL -- 1223_1
RACINE CORRECTIONAL INSTITUTION
P.O. Box 900
STURTEVANT, WI  53177-0900

**Complaint Information:**

| | |
|---|---|
| Date Acknowledged: | 09/28/2015 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | States it took too long for staff to respond when he was assaulted |

This is to acknowledge the complaint you filed and which was received on the date indicated.  Depending on the nature of the complaint, you may or may not be interviewed by the ICE.  A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 20 working days of acknowledgement.  A decision will be made by the appropriate reviewing authority within 10 working days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS** | **WISCONSIN** |
| Department of Adult Institutions | Administrative Code |
| DOC-401 (Rev. 12/03) | Chapter DOC 310 |

# ICE REPORT
# COMPLAINT NUMBER WSPF-2015-18033
# * * * ICRS CONFIDENTIAL * * *

**To:** SCHILLINGER, DANIEL A. - #135201
UNIT: WSWL -- 1223_1
RACINE CORRECTIONAL INSTITUTION
P.O. Box 900
STURTEVANT, WI 53177-0900

**Complaint Information:**

| | | | |
|---|---|---|---|
| Date Complaint Received: | 09/28/2015 | Inmate Contacted? | No |
| Subject of Complaint: | 1 - Staff | | |
| Brief Summary: | States it took too long for staff to respond when he was assaulted | | |
| Summary of Facts: | This incident is being investigated by the Grant Co. Sherriff and the Security Supervisors at WSPF. The ICE sees no need to duplicate investigations. As such, dismissal of this complaint is recommended. | | |
| ICE Recommendation: | Dismissed | | |
| Recommendation Date: | 09/28/2015 | | |

*E. Ray*

E. Ray

| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Department of Adult Institutions<br>DOC-403 (Rev. 12/03) | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 310 |

# REVIEWER'S DECISION
# COMPLAINT NUMBER WSPF-2015-18033
# * * * ICRS CONFIDENTIAL * * *

**To:** SCHILLINGER, DANIEL A. - #135201
UNIT: WSWL -- 1223_1
RACINE CORRECTIONAL INSTITUTION
P.O. Box 900
STURTEVANT, WI 53177-0900

**Complaint Information:**

| | |
|---|---|
| Date Complaint Received: | 09/28/2015 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | States it took too long for staff to respond when he was assaulted |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Decision Date: | 09/29/2015 |

G. Boughton

A complainant dissatisfied with a decision may, within 10 calendar days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.13, Wis. Adm. Code).

| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS** | **WISCONSIN** |
| Department of Adult Institutions | Administrative Code |
| DOC-405A (Rev. 09/15) | Chapter DOC 310 |

# CCE RECEIPT
# COMPLAINT NUMBER WSPF-2015-18033
# * * * ICRS CONFIDENTIAL * * *

**To:** SCHILLINGER, DANIEL A. - #135201
UNIT: _CR4 -- _413_L
WISCONSIN SECURE PROGRAM FACILITY
BOSCOBEL, WI

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 10/28/2015 |
| Date Appeal Received: | 10/12/2015 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | States it took too long for staff to respond when he was assaulted |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 working days to submit a recommendation to the Office of the Secretary (OOS) for Review. The OOS has 10 working days to make a decision after receiving the CCE's report. The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

Secretary of the Department of Corrections
Post Office Box 7925
Madison, WI 53707-7925

| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS** | WISCONSIN |
| Department of Adult Institutions | Administrative Code |
| DOC-2771 (Rev. 11/15) | Chapter DOC 310 |

# APPEAL EXTENSION
# COMPLAINT NUMBER WSPF-2015-18033
# * * * ICRS CONFIDENTIAL * * *

**To:** SCHILLINGER, DANIEL A. - #135201
UNIT: _CR2 -- _207_L
WISCONSIN SECURE PROGRAM FACILITY
BOSCOBEL, WI

**Complaint Information:**

Date Appeal Acknowledged: 10/28/2015
Date Appeal Received: 10/12/2015
Subject of Complaint: 1 - Staff
Brief Summary: States it took too long for staff to respond when he was assaulted

This is to notify you that, pursuant to DOC 310.14(1), Wis. Admin. Code, the Office of Secretary has extended the time for deciding this appeal for cause, effective 03/16/2016. The extension is necessary due to a backlog of Inmate Complaint Review System appeals resulting from a staffing shortage in this office.

Your administrative remedies will not be exhausted until the Office of Secretary makes a decision on the appeal. You may expect an appeal decision within 90 days.

*Karen Gourlie*

K. Gourlie
Corrections Complaint Examiner Program Assistant

| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Department of Adult Institutions<br>DOC-404 (Rev. 09/15) | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 310 |

# CCE REPORT
# COMPLAINT NUMBER WSPF-2015-18033
# * * * ICRS CONFIDENTIAL * * *

**To:** SCHILLINGER, DANIEL A. - #135201
UNIT: _CR2 -- _207_L
WISCONSIN SECURE PROGRAM FACILITY
BOSCOBEL, WI

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 10/28/2015 |
| Date Appeal Received: | 10/12/2015 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | States it took too long for staff to respond when he was assaulted |
| Method of Disposition: | Review on Record? Yes    Investigation? No |
| Person(s) Contacted: | E-mail to Warden |
| Document(s) Relied Upon: | Original Complaint and appeal |
| CCE's Recommendation: | Dismissed |
| | The allegations raised in this complaint had already been brought to the attention of supervisory staff and were already under review, the ICE correctly assessed that there was no need for a parallel investigation in the ICRS. The allegations were addressed and reviewed in a manner similar to DAI Policy 310.00.01. Contact with the Warden at WSPF confirmed the aforementioned, and therefore no further action is required on appeal. Therefore, it is recommended this appeal be dismissed. |
| Recommendation Date: | 03/02/2016 |

*Emily Davidson* (signature)

E. Davidson - Corrections Complaint Examiner

| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Department of Adult Institutions<br>DOC-408 (Rev. 09/15) | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 310 |

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER WSPF-2015-18033
# * * * ICRS CONFIDENTIAL * * *

**To:** SCHILLINGER, DANIEL A. - #135201
UNIT: _CR2 -- _207_L
WISCONSIN SECURE PROGRAM FACILITY
BOSCOBEL, WI

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 10/28/2015 |
| Date Appeal Received: | 10/12/2015 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | States it took too long for staff to respond when he was assaulted |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 03/02/2016 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. The matter was referred to outside law enforcement for investigation. No further action is warranted through the ICRS. |
| Decision Date: | 03/21/2016 |

*[signature]*

C. O'Donnell - Office of the Secretary



**GENERAL REPORT**
**WSPF-2015-18033**

# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | September 28, 2015 |
| Date Complaint Received: | September 28, 2015 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | States it took too long for staff to respond when he was assaulted |

**ICE Recommendation Information:** (Signed on 9/28/15 12:00:00AM):

| | |
|---|---|
| ICE's Summary of Facts: | This incident is being investigated by the Grant Co. Sherriff and the Security Supervisors at WSPF. The ICE sees no need to duplicate investigations. As such, dismissal of this complaint is recommended. |
| ICE's Recommendation: | Dismissed |
| ICE's Recommendation Date: | September 28, 2015 |

**RA's Decision Information:** (Signed on 9/29/15 2:48:44PM):

| | |
|---|---|
| RA's Decision: | Dismissed |
| RA's Decision Date: | September 29, 2015 |

**Appeal to CCE Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | October 28, 2015 |
| Date Appeal Received: | October 12, 2015 |

**CCE's Recommendation Information:** (Signed on 3/2/16 8:57:03AM):

| | |
|---|---|
| Person(s) Contacted: | E-mail to Warden |
| Document(s) Relied Upon: | Original Complaint and appeal |
| CCE's Summary: | The allegations raised in this complaint had already been brought to the attention of supervisory staff and were already under review, the ICE correctly assessed that there was no need for a parallel investigation in the ICRS. The allegations were addressed and reviewed in a manner similar to DAI Policy 310.00.01. Contact with the Warden at WSPF confirmed the aforementioned, and therefore no further action is required on appeal. Therefore, it is recommended this appeal be dismissed. |
| CCE's Recommendation: | Dismissed |
| CCE's Recommendation Date: | March 02, 2016 |



GENERAL REPORT
WSPF-2015-18033

# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**OOS' Decision Information:** (Signed on 3/21/16 12:50:25PM):

| | |
|---|---|
| OOS' Summary: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 03/02/2016 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. The matter was referred to outside law enforcement for investigation. No further action is warranted through the ICRS. |
| OOS' Decision: | Dismissed |
| OOS' Decision Date: | March 21, 2016 |



# State of Wisconsin
### Department of Corrections
## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WSPF-2015-18033

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 09/28/2015 9:03:01AM | Ellen Ray | WSPF | 135201 | 09/29/2015 9:36:34AM | Ellen Ray |
| ICE Report | 09/29/2015 2:48:44PM | Gary Boughton | WSPF | 135201 | 09/30/2015 7:49:59AM | Ellen Ray |
| RA Report | 09/29/2015 2:48:44PM | Gary Boughton | WSPF | 135201 | 09/30/2015 7:49:59AM | Ellen Ray |
| CCE Receipt | 10/28/2015 12:18:26PM | Karen Gourlie | WSPF | 135201 | 10/29/2015 9:25:43AM | Ellen Ray |
| Appeal Extension | 03/17/2016 12:11:23AM | Karen Gourlie | WSPF | 135201 | 03/17/2016 11:44:18AM | Ellen Ray |
| CCE Report | 03/21/2016 12:50:25PM | Cindy O'Donnell | WSPF | 135201 | 03/22/2016 4:08:20PM | William Brown |
| OOS Report | 03/21/2016 12:50:25PM | Cindy O'Donnell | WSPF | 135201 | 03/22/2016 4:08:21PM | William Brown |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 4/2015)

WISCONSIN
Administrative Code
Chapter DOC 303.32 & 310

# OFFENDER COMPLAINT

**INSTRUCTIONS: SEE REVERSE SIDE**

| OFFENDER NAME (if group complaint, enter name of spokesperson) | DOC NUMBER |
|---|---|
| Schillinger, Daniel | 135201 |

| FACILITY NAME | OFFENDER HOUSING UNIT | CELL OR ROOM NUMBER |
|---|---|---|
| WSPF | Charlie 413 | 413 |

**TO BE COMPLETED BY ICE ONLY**

DOC COMPLAINT FILE NUMBER: WSPF-2015-18033
DATE COMPLAINT RECEIVED: SEP 28 2015
CODE NUMBER: 01

DATE OF INCIDENT OR DENIAL OF REQUEST: September 17, 2015

**STATE YOUR COMPLAINT**

ON SEPTEMBER 17, 2015, RIGHT AFTER COURTYARD IN TH MORN. I WAS BEAT UP PRETTY BAD. I ENDED UP WITH MULTIPLE BRUISING, BRUISED LUNG, SKULL FRACTURE, BROKEN BONES IN THE FACE, 4 CUTS 3 ON MY FOREHEAD AND ONE ON MY LEFT ELBOW*WOW WHICH ALL REQUIRED STITCHES. ALSO 2 CHIPPED TEETH. I WAS WONDERING WHY THERE WAS NO CORRECTIONAL OFFICER ON THE RANGE AT THE TIME OF THE INCIDENT. AND WHY IT TOOK SO LONG FOR THEM TO RESPOND TO MY AID. I WAS ALSO TOLD THIS FRIDAY SEPTEMBER 18, 2015 IN THE MORN. AT THE HOSPITAL. BY A CORRECTIONAL OFFICER. HE STATED TO ME IT SURE TOOK THEM AWHILE TO RESPOND TOOYOU.(IF THEY WOULD OF RESPONDED RIGHT AWAY, I WOULDN"TBE IN THIS POSITION I"M IN NOW. THEY SAID IT WOULD TAKE AWHILE FOR MY INJURIES TO HEAL UP.

NAMES OF PEOPLE WHO HAVE INFORMATION ABOUT THIS COMPLAINT

SIGNATURE OF OFFENDER / SPOKESPERSON: Daniel Schillinger
DATE SIGNED: 9-27-15

DISTRIBUTION  Original – ICE will acknowledge your complaint within 5 working days of the date of receipt

**EXHIBIT 1001 - 011**

Scott Walker
Governor

Edward F. Wall
Secretary



Mailing Address

3099 E. Washington Ave.
Post Office Box 7925
Madison, WI 53707-7925
Telephone (608) 240-5000
Fax          (608) 240-3300

## State of Wisconsin
## Department of Corrections

December 2, 2015

SCHILLINGER, DANIEL A., DOC # 135201
WSPF

Subject: Complaint WSPF-2015-18033

This letter is to notify you that, pursuant to § DOC 310.14(1), Wis. Adm. Code, Deputy Secretary Morgan has extended the time for deciding this appeal for cause, effective 12/1/2015. The extension is necessary due to a backlog of Inmate Complaint Review System appeals resulting from a staffing shortage in this office.

Your administrative remedies will not be exhausted until the Deputy Secretary renders a decision on your appeal. You may expect an appeal decision within 90 days.

Thank you for your patience.

Sincerely,

*Karen Gourlie*

Karen Gourlie
Corrections Complaint Examiner Program Assistant


Copy:  Deputy Secretary Morgan
       CCE Welcome Rose and CCE Walter Fellows
       Complaint File

EXHIBIT 1001 - 012

DEPARTMENT OF CORRECTIONS
Office of the Secretary
DOC-405 (Rev. 10/2014)

WISCONSIN
Administrative Code
Chapter DOC 310

## INMATE COMPLAINT APPEAL

**INSTRUCTIONS:**
1. Rejected complaints can only be appealed to the appropriate Reviewing Authority. Their decision is final.
2. Prepare an original and one copy of this request. Please print legibly or type.
3. Submitted documentation will not be returned.
4. Keep the copy of this request for your records and send the original, in a sealed envelope via US Mail, to:

Received
WI Dept of Corrections
OCT 1 2 2015
CCE Office

CORRECTIONS COMPLAINT EXAMINER
DEPARTMENT OF CORRECTIONS
PO BOX 7925
MADISON, WI 53707-7925

**FOR OFFICIAL INMATE COMPLAINT APPEAL USE ONLY**

| INMATE NAME | DOC NUMBER | FACILITY | DOC COMPLAINT FILE NUMBER |
|---|---|---|---|
| DANIEL SCHILLINGER | 135201 | WSPF | WSPF-2015-18033 |

STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE ACTION OF THE APPROPRIATE REVIEWING AUTHORITY

On Sept. 17, 2015 I was attacked by another inmate in the 400 Range hallway on charlie Unit at WSPF. Myself and several other inmates were returning from outside Rec. There were no guards on the range at this time.

It Took so long for WSPF staff to respond that I was knocked unconscious. I suffered a fractured skull, several cuts on my face requiring multiple stitches, a cut to my left elbow also requiring stitches, a chipped tooth and one that was knocked out, broken bones in my face, and a bruised lung. Also had multiple bruising on my face. I wrote this all up, complaining that it took too long to respond to my aid. THE ICE dismissed the complaint. I am appealing so that I can exhaust my administrative remedies.

SIGNATURE OF INMATE: Daniel Schillinger

DATE SIGNED: 10-7-15

NOTICE TO INMATE: The CCE will acknowledge your appeal within 5 working days of the date of receipt.

EXHIBIT 1001 - 013

**DOC 310.13   Review by corrections complaint examiner.**

(1) A complainant dissatisfied with a reviewing authority decision may, within 10 calendar days after the date of the decision, appeal that decision by filing a written request for review with the corrections complaint examiner on forms supplied for that purpose. The institution shall make these forms accessible to inmates.

(2) Upon good cause, the CCE may accept for review an appeal filed later than 10 calendar days after receipt of the decision.

(3) The CCE shall not review a rejected complaint.

(4) The CCE shall, within 5 working days after receiving an appeal, issue a written receipt of the appeal to the inmate.

(5) The CCE shall use discretion in deciding the method best suited to determine the facts, including personal interviews, telephone calls, and document review. The CCE shall have full access to inmates, staff, physical plant, and department records. If an appeal necessitates resolution of disputed issues of fact, the CCE may require sworn statements from the principals. The CCE shall give priority to complaints dealing with health or personal safety.

(6) The CCE shall recommend a decision to the secretary within 35 working days of receipt of the appeal.

History: CR 02-038: cr. Register November 2002 No. 563, eff. 12-1-02.

**DOC 310.14   Secretary's decision.**

(1) The secretary shall make a decision within 10 working days following receipt of the CCE's recommendation. The secretary may extend the time for making a decision for cause and upon notice to the inmate.

(2) The secretary shall do one of the following:

(a) Accept the recommendation of the CCE and adopt it as the decision.

(b) Adopt the recommendation of the CCE with modifications.

(c) Reject the recommendation of the CCE and make a decision.

(d) Return the appeal to the CCE for further investigation.

(3) If the inmate does not receive the secretary's written decision within 45 working days of the CCE's acknowledgement of receipt of the appeal, the inmate shall consider the administrative remedies to be exhausted, unless the time has been extended under sub. (1).

History: CR 02-038: cr. Register November 2002 No. 563, eff. 12-1-02.

EXHIBIT 1001 - 014