IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL SCHILLINGER,

    Plaintiff,

v.

C.O. KILEY, C.O. STARKEY,
SECURITY DIRECTOR KARTMAN,
GARY BOUGHTON and SGT. MATTI,

    Defendant,

JUDGMENT IN A CIVIL CASE

16-cv-529-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                                      4/26/2018

Peter Oppeneer, Clerk of Court                     Date