# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

On September 17, 2015 Thursday Morn. at 10:15am I Daniel Schillinger was attacked by another inmate. WSPF staff was aware that the other inmate was about to attack me, but let us walk up 400 range of Charlie Unit without any staff Supervision. THE INMATE (Terry) attacked me, knocking me unconscious. I suffered several cuts to my face, requiring several stitches and one on my left elbow. I also suffered alot of broken bones in my face and suffered head trauma, and had a skull fracture, lost a tooth and had another tooth chipped. The dentist has stated that I might have permament nerve damage on my upper right side of my mouth. I also suffered a badly bruised lung, as stated above, staff was aware that Terry was about to attack me, but did nothing. Once we were inside the presence of staff, Terry bruttely attacked me. It took staff so long to respond to my aid, that I sustained the above injuries. And also there was no guard to be found on the range at the time of the assault. And also apparently the Correctional Officer wasn't paying much attention to the cameras on the range. If he would have been paying more attention to the cameras on the range. I wouldn't of sustained the injuries that I did. I still think about the attack and suffer moments of panic anxiety, and depression. I do not feel safe and do not trust the officers to keep me safe.

Take notice that I reserve the right to supplement this notice as I become aware of additional facts.

Take notice that I am seeking money damages for violations of state torts and federally protected rights, including but not limited to

EXHIBIT 1

negligent infliction of emotional distress, inteutional of emotional distress, parasitic infliction of emotional distress, civil conspiracy and cruel and unusual punishment. I am now seeing a psyciatrist for PTSD POST TRAUMATIC STRESS DISORDER, have been taking meds for it. Cause of flashbacks I now suffer.

DATED THIS  22  DAY OF OCTOBER 22,2015

SINCERELY,

Daniel A.Schillinger 135201

EXHIBIT 2