UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2018 JUN 28 AM 10: 21

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN</u>
DISTRICT OF <u>WISCONSIN</u>
FILE NUMBER 16-cv-529-wmc

| | |
|---|---|
| PLAINTIFF | ) |
| v. | ) NOTICE OF APPEAL |
| DEFENDANTS | ) |

NOTICE IS HEREBY GIVEN THAT [<u>PLAINTIFF, DANIEL A.SCHILLINGER, DEFENDANTS, C/O KILEY, C/O STARKEY, SGT.MATTI TAKING THE APPEAL</u>], IN THE ABOVE NAMED CASE,] I HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE <u>WESTERN</u> DISTRICT (FROM THE FINAL JUDGMENT) (FROM AN ORDER (DESCRIBING IT) ENTERED IN THIS ACTION ON THE <u>APRIL</u> DAY OF <u>26th</u>, <u>2018</u>.

DATE: 6-22-18

PLAINTIFF,

Daniel A.Schillinger #135201
Racine Correctional Inst.
PO Box 900 Jefferson/East
STURTEVANT,WI 53177